**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**DETROIT DIVISION**

In the Matter of:

TAMARA DAVIDSON,                              Case No. 10-67817-TJT
                                             Chapter 7
                                             HON. Thomas J. Tucker

          Debtor.

_____ /

**NOTICE OF UNCLAIMED DIVIDENDS**

**TO:  CLERK OF THE COURT**

       The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a).  The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Claim | Name | Amount |
|-------|------|--------|
| #1 | 36th District Court | $672.61 |
| #3 | 37th District Court | $224.20 |
| #7 | CBA | $71.74 |

Dated: November 4, 2011                    */s/ Karen E. Evangelista (P36144)*
                                           Karen E Evangelista, Trustee
                                           439 S. Main St., Suite 250
                                           Rochester, MI  48307
                                           (248) 652-7992
                                           brewera1008@yahoo.com